People of the State of Illinois, Defendant in Error, v. Bruce Borrelli (Impleaded), Plaintiff in Error.

Gen. No. 42,769.

opinion filed May 2, 1944; rehearing denied and additional opinion filed June 16, 1944. Wm. Scott Stewart, for plaintiff in error; George F. Barrett, Attorney General, for defendant in error; Thomas J. Courtney, State's Attorney, Edward E. Wilson, John T. Gallagher, Melvin S. Rembe, Richard B. Austin and Alexander J. Napoli, Assistant State's Attorneys, of counsel. PER CURIAM. Not to be published in full.